■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR KILPATRICK, Appellant. [732 NYS2d 183] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 23, 1989 (*People v Kilpatrick,* 154 AD2d 621), affirming a judgment of the Supreme Court, Kings County (Aiello, J.), rendered February 19, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Altman, J. P., S. Miller, McGinity and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLAIR LEWIS, Appellant. [732 NYS2d 184] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 27, 2000 (*People v Lewis,* 277 AD2d 466), affirming two judgments of the County Court, Suffolk County, rendered August 11, 1998, and November 8, 1998, respectively.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Goldstein, J. P., Friedmann, H. Miller and Schmidt, JJ., concur.